UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60529-LEIBOWITZ/Augustin-Birch

MIROSLAVA CORCHO,

    *Plaintiff*,

v.

ACCREDITED HOME HEALTH CARE
OF BROWARD COUNTY,

    *Defendant*.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Report and Recommendation [ECF No. 27] in which United States Magistrate Judge Panayotta Augustin-Birch recommends: (1) granting the parties' Joint Motion for Approval of FLSA Settlement Agreement [ECF No. 26]; (2) approving the parties' settlement agreement as fair and reasonable; and (3) dismissing this action with prejudice. The parties have not filed any objections. Thus, having reviewed the Magistrate Judge's Report and Recommendation and the record, it is hereby,

**ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation [ECF No. 27] is **AFFIRMED** and **ADOPTED**.

2. The Joint Motion for Approval of FLSA Settlement Agreement [**ECF No. 26**] is **GRANTED**.

3. The parties' Settlement Agreement and Release [ECF No. 26-1] is **APPROVED**.

4. This case is **DISMISSED with prejudice**.

5. The Court will retain jurisdiction over this matter for sixty (60) days for the limited purpose of enforcing the parties' Settlement Agreement and Release.

6. This case is **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on this 2nd day of July, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record